**Order filed March 04, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00251-CV
_____

**ADVANCED PERSONAL CARE, LLC, Appellant**

**V.**

**JACQUELYN CHURCHILL, EVERETT CHURCHILL AND JED, INC.,**
**Appellee (s)**

On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2011-04324

# O R D E R

The reporter's record was filed on **May 16, 2013**. Our review has determined that a relevant item has been omitted from the reporter's record. *See* Tex. R. App. P. 34.6(d). The record does not contain **Plaintiff's Exhibits 1, 3, 9, 10, 12, 13, 14, 15, 16, 22, 24, 27, 31, 41, 45, 50, 55, 65, 66, 68, 69 and Defendants' exhibits 2, 3, 5, 8, 10, 11, 12, 13, 14, and 16.**

.

**Kathleen Keese**, the official court reporter, is directed to file a supplemental reporter's record on or before **March 19, 2014**, containing **Plaintiff's Exhibits 1, 3, 9, 10, 12, 13, 14, 15, 16, 22, 24, 27, 31, 41, 45, 50, 55, 65, 66, 68, 69 and Defendants' exhibits 2, 3, 5, 8, 10, 11, 12, 13, 14, and 16.**

If the omitted items are not part of the case file, the court reporter is directed to file a supplemental reporter's record containing a certified statement that the omitted items are not a part of the case file.

PER CURIAM